**FILED**

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0410

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0410

_____

MIGUEL GARDIPEE,

      Petitioner,

v.

JAMES SALMONSEN, Acting Warden,

      Respondent.

ORDER

_____

      Representing himself, Miguel Gardipee has filed a verified petition for a writ of habeas corpus with exhibits. Upon review of his petition, we deem it appropriate to require a response. Therefore,

      IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

      The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

      DATED this 18th day of August, 2020.

_____
Justice

FILED

AUG 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana